UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**BILL OF INFORMATION FOR CONSPIRACY TO COMMIT
FRAUD CONNECTED TO MAJOR DISASTER
DECLARATION EMERGENCY BENEFITS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 20-1-SDD-RLB |
| | : | |
| *versus* | : | |
| | : | 18 U.S.C. § 371 |
| | : | 18 U.S.C. § 2 |
| THOMAS SHANE REAGAN | : | |

**THE UNITED STATES ATTORNEY CHARGES:**

**AT ALL TIMES RELEVANT TO THIS BILL OF INFORMATION:**

1. The Small Business Administration (SBA) is an agency of the United States that provides long-term, low-interest loans to homeowners, businesses, and non-profit organizations in the aftermath of a declared disaster. SBA disaster loan proceeds are to be used solely for the repair or replacement of real estate, personal property (including motor vehicles), inventory, supplies, machinery and equipment damaged during a declared disaster or for working capital to help a small business recover from economic injury caused by a declared disaster. Individuals seeking SBA disaster loans must provide truthful and correct information to the SBA at all phases of the disaster loan process. Recipients of SBA disaster loans must repay the funds to the SBA over the term and at the interest rate designated in the disaster loan promissory note. Recipients of SBA disaster loans must return to the SBA any disaster loan disbursements not used to replace or repair property damaged by the disaster.

2. Applications for disaster assistance loans can be completed online, by U.S. mail or in person. To be eligible for SBA disaster assistance loans, applicants must be located in a declared disaster area.

3. On or about August 14, 2016, President Barack Obama declared the severe flooding that impacted the State of Louisiana, including the Denham Springs area, a major disaster area under section 401 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act ("Stafford Act") (the "August Flooding"). As a result, residents in affected areas were eligible to apply directly to the SBA for low interest disaster loans to repair damage to their primary residences and businesses.

## CONSPIRACY TO COMMIT DISASTER FRAUD

### The Conspiracy and its Objects

4. Beginning in or about September 2016, and continuing until in or about September of 2017, in the Middle District of Louisiana, THOMAS SHANE REAGAN, defendant herein, and Conspirator A, knowingly and intentionally did conspire and agree with each other to knowingly falsify, conceal, or cover up by any trick, scheme, or device any material fact in any matter involving any benefit authorized, disbursed or paid in connection with a major disaster declaration, in violation of Title 18, United States Code, 1040.

### Manner and Means

5. It was part of the conspiracy that REAGAN and Conspirator A would and did cause a disaster loan application to be submitted to the SBA requesting a loan to repair the property located at 10986 Hwy 1033, Denham Springs, LA 70726, which had been damaged by the August 2016 flood.

6. The requested SBA loan was approved for $92,500, with the specific requirement that the loan be used solely to rehabilitate or replace property located at 10986 Hwy 1033, Denham Springs, LA 70726.

7. REAGAN and Conspirator A had no intention of using the funds for the explicit purposes set forth by the SBA and concealed their intent from the SBA by agreeing to the SBA terms that they had no intention of following.

8. The SBA made two loan disbursements, $23,650 and $25,000, to REAGAN and Conspirator A. The funds were used for unauthorized things, including a trip for four to Walt Disney World, gym membership fees, fast food restaurants, etc. No funds were returned to the SBA.

**Overt Acts**

9. In furtherance of the conspiracy, REAGAN and Conspirator A committed the following overt acts, among others, in the Middle District of Louisiana:

   a. On or about September 14, 2016, REAGAN and Conspirator A submitted an application for a loan to the SBA in which they falsely represented that they would comply with the SBA disaster loan conditions.

   b. On or about February 28, 2017, REAGAN and Conspirator A submitted additional information in support of the SBA loan application.

   c. On or about April 29, 2017, REAGAN and Conspirator A executed a written "Loan Authorization and Agreement," agreeing that they would use the proceeds of the loan solely to rehabilitate the property located at 10986 Hwy 1033, Denham Springs, LA 70726, and would return all SBA funds received that were not used for disaster repairs.

3

d. Beginning in or about May of 2017 and continuing thereafter for several months, REAGAN and Conspirator A obtained the SBA funds described above and knowingly used the funds on a variety of personal purchases and expenses completely unrelated to any repairs or rehabilitation to any property damaged by the August 2016 flood.

The above is a violation of Title 18, United States Code, Section 371 and 2.

UNITED STATES OF AMERICA, by

Date: 1/6/20

*[signature]*

BRANDON J. FREMIN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

*[signature]*

JESSICA M.P. THORNHILL
ASSISTANT U.S. ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

4